Frances A. Becker, Respondent, v. The Law Fidelity and General Insurance Company, Limited, Appellant, Impleaded with Mary J. Zoller and Others, as Administrators, etc., of Jacob Zoller, Deceased.— Judgment and order affirmed, with costs. All concurred,

Frances A. Becker, Respondent, v. Ohio German Fire Insurance Company of Toledo, Ohio, Appellant, Impleaded with Mary J. Zoller and Others, as Administrators, etc., of Jacob Zoller, Deceased.— Judgment and order affirmed, with costs. All concurred.

Frances A. Becker, Respondent, v. Milwaukee German Fire Insurance Company of Milwaukee, Wisconsin, Appellant, Impleaded with Mary J. Zoller and Others, as Administrators, etc., of Jacob Zoller, Deceased.— Judgment and order affirmed, with costs. All concurred.

Frances A. Becker, Respondent, v. Acme Fire Insurance Company of Lisbon, Iowa, Appellant, Impleaded with Mary J. Zoller and Others, as Administrators, etc., of Jacob Zoller, Deceased.— Judgment affirmed, with costs. All concurred.

Frances A. Becker, Respondent, v. Anchor Fire Insurance Company of Des Moines, Iowa, Appellant, Impleaded with Mary J. Zoller and Others, as Administrators, etc., of Jacob Zoller, Deceased.— Judgment and order affirmed, with costs. All concurred.

Frances A. Becker, Respondent, v. Illinois National Fire Insurance Company of Springfield, Illinois, Appellant, Impleaded with Mary J. Zoller and Others, as Administrators, etc., of Jacob Zoller, Deceased.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the Petition of the Board of Trustees of the Village of Salamanca, Respondent, for an Order Enjoining the Violation of the Fire Ordinance of Said Village, Known as Article XXV, as Amended on the 6th day of July, 1908. Frank E. Newton, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Spring, J., who dissented.

Jacob Dilcher, Respondent, v. Michael Nellany, Appellant.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented.

John C. Cassidy, as Trustee for Cassidy & Son Manufacturing Company, and Cassidy & Son Manufacturing Company, Appellants, v. Dewitt C. Becker and Walter A. Parce, Respondents, Impleaded with Charles Sauer and Mary Ann Sauer.—Judgment affirmed, with separate bills of costs to respondents appearing by separate attorneys. All concurred.

William B. Mersereau, Respondent, v. Western New York and Pennsylvania Railway Company and Pennsylvania Railroad Company, Appellants.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the agreement, if made, was in violation of the Interstate Commerce Act * and, therefore, not enforcible.

* See 24 U. S. Stat. at Large, 379, chap. 104, § 1 et seq.; 25 id. 855, chap. 382; 32 id. 847, chap. 708. Since amd. by 34 id. 584 et seq., chap. 3591; Id. 838, Res. 47.— [Rep.